FEB 17 2017

## OBJECTION TO PROPOSED SETTLEMENT

### MICHAEL TOFAUTE, ET AL. v. FEDEX GROUND PACKAGE SYSTEM, INC.; CIVIL NO. 3:05-CV-00595-RLM-MGG

**TO:**

| | | |
|---|---|---|
| Clerk of the Court | Robert I. Harwood | Scott Voelz, Esq. |
| United States District Court | HARWOOD FEFFER, LLP | O'MELVENY & MYERS LLP |
| For The Northern District of | 488 Madison Ave., 8th Floor | 400 South Hope Street |
| Indiana 204 South Main Street | New York, NY 10022 | 18th Floor |
| South Bend, IN 46601 | | Los Angeles, CA 90071 |

My name is **James W. Hough**. I am a member of the New Jersey Class in the above matter. I reside at **43 Glenwood Rd., Lumberton, N.J. 08048**, and my phone number is **609-351-4344**.

I object to the proposed settlement of the New Jersey action because the settlement does not provide enough value to the Class Members. The original notice said that the average recovery would be over $71,000 per driver. Now the notice says that was wrong and the average recovery is only $19,000. I now object to that lower amount. Also, the notice now says that all seven of the New Jersey Class Representatives do not agree to the settlement. Those seven drivers are responsible for protecting the best interests of the New Jersey Class. If they do not agree to the settlement, I don't agree either, and the settlement should not be approved.

Dated: 2/12/2017

_____
[Name / Signature] James W. Hough

43 Glenwood Rd.
Lumberton, N.J.
08048

Clerk of the Court
United States District Court
For The Northern District of
Indiana: 204 South Main Street
South Bend, IN.
46601

4660132126