UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MICHAEL TOFAUTE, *et. al.*, | ) |
| | ) |
| *Plaintiffs* | ) |
| | ) |
| v. | ) CAUSE NO. 3:05-CV-595 RLM-MGG |
| | ) |
| FEDEX GROUND PACKAGE | ) |
| SYSTEMS, INC., | ) |
| *Defendant* | ) |

ORDER

The court notes receipt of 24 documents that appear to be photocopies of objections to the proposed settlement agreement. The documents, which are attached to this order, don't contain original signatures and appear to have been mailed by a third party, from the same location, on the same date.

Pursuant to paragraph 5 of the Corrected Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of the Proposed New Jersey Class Action Settlement:

> Any class member who wishes to object to the settlement, in whole or in part, must file a written objection with the Court or to Plaintiffs' lead counsel by first class mail postmarked no later than 60 days after the Notice of Settlement issues. To be considered valid, each objection must be timely [postmarked by March 1, 2017] and (a) provide the class member's full name, address, signature, and telephone number; (b) explain the basis of the objection; and (c) state whether the objector intends to appear at the Final Approval Hearing. Any class member who does not submit a timely and valid objection in complete accordance with this Order, the Notice of Settlement and the Settlement Agreement shall not be treated as having filed a valid objection to the settlement. Objections that are untimely and/or otherwise invalid will not be considered by this court.

[Doc. Nos. 217 and 226].

SO ORDERED.

ENTERED:   February 28, 2017

                                            /s/ Robert L. Miller, Jr.
                                       Judge, United States District Court