FILED
FEB 27 2017
At
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT

seven of the New Jersey Class Representatives do not agree to the settlement. Those seven drivers are best protecting the best interests of the New Jersey Class. If they do not agree to the settlement, I don't agree either, and the settlement should not be approved.

Dated:

[Name / Signature]



Edwin Valetine
228 W Solis ST
Philadelphia Pa. 19120

Clerk of the court
United States District court
for the northern District court of
Indiana 204 South Main Street
South bend, In 46601