## Class Member Objection Form.doc

MICHAEL TOFAUTE, ET AL. v. FEDEX GROUND
PACKAGE SYSTEM, INC.,
CIVIL NO. 3:05-CV-00595-RLM-MGG

**-FILED-**

FEB 28 2017

At _____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

TO:

| Clerk of the Court United States District Court For The Northern District of Indiana 204 South Main Street South Bend, IN 46601 | Robert I. Harwood HARWOOD FEFFER, LLP 488 Madison Ave., 8th Floor New York, NY 10022 | Scott Voelz, Esq. O'MELVENY & MYERS LLP 400 South Hope Street 18th Floor Los Angeles, CA 90071 |
|---|---|---|

My name is _EDWARD J. DIXON JR._. I am a member of the New Jersey Class in the above matter. I reside at _2 RADCLIFF CT. SICKLERVILLE N.J. 08081_, and my phone number is _856-346-1963_.

I object to the proposed settlement of the New Jersey action because the settlement does not provide enough value to the Class Members. The original notice said that the average recovery would be over $71,000 per driver. Now the notice says that was wrong and the average recovery is only $19,000. I now object to that lower amount. Also, the notice now says that all seven of the New Jersey Class Representatives do not agree to the settlement. Those seven drivers are responsible for protecting the best interests of the New Jersey Class. If they do not agree to the settlement, I don't agree either, and the settlement should not be approved.

Dated:

_Edward J. Dixon Jr._
[Name / Signature]

Ed Dixon
2 Radcliff ct
Sicklerville NJ 08081

Clerk of the court
United States District court
for The northern District of
Indiana 204 south main street
south bend In 46601

46601-212699



SOUTH JERSEY NJ 080
25 FEB 2017 PM 7 L