●●○○○ Verizon 🛜        11:44 AM              81% 🔋

‹ Inbox (388)                                    ‹

Sent from my Sprint Samsung Galaxy S7.

**FILED**
MAR 02 2017
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Michael Tofaute, ET, AL. V. Fedex Ground

### PACKAGE SYSTEM, INC.,
### CIVIL NO. 3:05-CV-00595-RLM-MGG

**TO:**

| Clerk of the Court United States District Court For The Northern District of Indiana 204 South Main Street South Bend, IN 46601 | Robert I. Harwood HARWOOD FEFFER, LLP 488 Madison Ave., 8th Floor New York, NY 10022 | Scott Voelz, Esq. O'MELVENY & MYERS LLP 400 South Hope Street 18th Floor Los Angeles, CA 90071 |
|---|---|---|

My name is _Daniel S. Bliss_. I am a member of the New Jersey Class in the above matter. I reside at _33 Sandpiper Dr, Franklinville NJ 08322_, and my phone number is _609-685-8000_.

I object to the proposed settlement of the New Jersey action because the settlement does not provide enough value to the Class Members. The original notice said that the average recovery would be over $71,000 per driver. Now the notice says that was wrong and the average recovery is only $19,000. I now object to that lower amount. Also, the notice now says that all seven of the New Jersey Class Representatives do not agree to the settlement. Those seven drivers are responsible for protecting the best interests of the New Jersey Class. If they do not agree to the settlement, I don't agree either, and the settlement should not be approved.

Dated:

2-22-17                          _____
                                        [Name / Signature]



Dan Bliss
33 Sandpiper Drive
Franklinville NJ 08322

SOUTH JERSEY NJ 080

27 FEB 2017 PM 6 L



Clerk of the Court
United States District Court
For the Northern District of Indiana
204 South Main Street
South Bend, IN 46601

46601-212899