Done **Class Member Objection Form.doc**

# MICHAEL TOFAUTE, ET AL. v. FEDEX GROUND PACKAGE SYSTEM, INC., CIVIL NO. 3:05-CV-00595-RLM-MGG

=FILED=
MAR 03 2017
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**TO:**

| Clerk of the Court United States District Court For The Northern District of Indiana 204 South Main Street South Bend, IN 46601 | Robert I. Harwood HARWOOD FEFFER, LLP 488 Madison Ave., 8th Floor New York, NY 10022 | Scott Voelz, Esq. O'MELVENY & MYERS LLP 400 South Hope Street 18th Floor Los Angeles, CA 90071 |

My name is __Ron Davis__. I am a member of the New Jersey Class in the above matter. I reside at _21 Two Penny Run Pilesgrove NJ 08098_, and my phone number is _001 0004067_.

I object to the proposed settlement of the New Jersey action because the settlement does not provide enough value to the Class Members. The original notice said that the average recovery would be over $71,000 per driver. Now the notice says that was wrong and the average recovery is only $19,000. I now object to that lower amount. Also, the notice now says that all seven of the New Jersey Class Representatives do not agree to the settlement. Those seven drivers are responsible for protecting the best interests of the New Jersey Class. If they do not agree to the settlement, I don't agree either, and the settlement should not be approved.

Dated: 2/28/17

_Ron Davis / Ron C_
[Name / Signature]

Davis
21 Two Penny Run
Pilesgrove NJ
08098

SOUTH JERSEY NJ 080

28 FEB 2017 PM 4 L



Clerk of the Court
United States District Court
For the Northern District of Indiana
204 South Main St.
South Bend, IN   46601

46801-212699