AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MICHAEL TOFAUTE;
FRANCIS DENNIS LYNCH;
THOMAS MIKULSKI;
DAVID McMAHON;
JAMES HOUGH;
FRANK CUCINOTTI;
PATRICK CARRIGAN;
WILLIAM J. LOMBO, on behalf of
themselves and all others similarly situated;
ALL PLAINTIFFS;
MICHAEL B. KILMARTIN;
   Plaintiff(s)

  v.    **Civil Action No.** 3:05cv595

FEDEX GROUND PACKAGE SYSTEM INC;
   Defendant(s)

## AMENDED
## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X**  the plaintiffs  Michael Tofaute, Francis Dennis Lynch, Thomas Mikulski, David McMahon, James Hough, Frank Cucinotti, Patrick Carrigan, William J. Lombo, All Plaintiffs, and Michael B. Kilmartin  recover from the defendant  *Fedex Ground Package System Inc,.*  the amount of  Twenty-five million five hundred thousand dollars and 00/100  dollars $ 25,500,000.00 , which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of  1.06  % along with costs.

☐  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____ .

**X**  Other:  Class representative Michael Tofaute, Francis Dennis Lynch, Thomas Mikulski, David McMahon, James Hough, Frank Cucinotti, Patrick Carrigan, William J. Lombo, and Michael B. Kilmartin are each AWARDED Fifteen thousand dollars ($15,000.00) for their services in this case;  Counsel for Plaintiffs AWARDED Seven million six hundred twenty-seven thousand five hundred dollars and 00/100 ($7,627,500.00)  for their services; DISMISSING WITH PREJUDICE this action, specifically including the Released Claims, with each party to bear its own costs and  attorney's fees, except as outlined in the 4/28/2017 Opinion and Order;

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge   Robert L. Miller, Jr.   on a motion for   Final Approval of the New Jersey Class Action Settlement.

DATE:   June 14, 2017              ROBERT TRGOVICH, CLERK OF COURT

by            S/ J. Darrah
*Signature of Clerk or Deputy Clerk*