**NAGEL RICE LLP**
Greg M. Kohn, Esq.
103 Eisenhower Parkway
Roseland, New Jersey 07068
Phone: 973-618-0400
Fax: 973-618-9194
gkohn@nagelrice.com

**DiSABATO & BOUCKENOOGHE LLC**
David J. DiSabato, Esq.
Lisa R. Bouckenooghe, Esq.
4 Hilltop Road
Mendham, New Jersey 07945
Phone: 973.813.2525
Fax: 973.900.8445
ddisabato@disabatolaw.com
lbouckenooghe@disabatolaw.com
Attorneys for Michael Tofaute, Francis Dennis Lynch, Thomas Mikulski, David McMahon, Pat Carrigan and Michael B. Kilmartin

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| **In re FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION** _____ **THIS DOCUMENT RELATES TO:** **Michael Tofaute, et al. v. FedEx Ground Package System, Inc.,** **Civil No. 3:05-cv-00595-RLM-CAN (NJ)** | **Case No. 3:05-MD-527-RM (MDL 1700)** **Judge Robert L. Miller Jr.** **NOTICE OF APPEAL** |

The Clerk will please take notice that Plaintiffs Michael Tofaute, Francis Dennis Lynch, Thomas Mikulski, David McMahon, Pat Carrigan and Michael B. Kilmartin (the "NJ Class Reps") hereby appeal to the United States Court of Appeals for the Seventh Circuit from the following:

1. This Court's Order dated April 28, 2017 granting Co-Lead Counsel's request for an award of attorneys' fees (Case No. 3:05-cv-00595-RLM-MGG, ECF No. 257); and

2. This Court's Order dated June 12, 2017 denying counsel for the NJ Class Reps' motion for attorneys' fees and costs (Case No. 3:05-cv-00595-RLM-MGG, ECF No. 266).

Respectfully submitted,

**DATED:** July 10, 2017            **NAGEL RICE, LLP**

By:  s/ *Greg M. Kohn*
     Greg M. Kohn
     103 Eisenhower Parkway
     Roseland, New Jersey 07068
     973-618-0400
     gkohn@nagelrice.com

**DiSABATO & BOUCKENOOGHE LLC**

By:  s/ *David J. DiSabato*
     David J. DiSabato, Esq.
     Lisa R. Bouckenooghe, Esq.
     4 Hilltop Road
     Mendham, New Jersey 07945
     Tel.: 973-813-2525
     Fax: 973-900-8445
     ddisabato@disabatolaw.com
     lbouckenooghe@disabatolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2017, a true and correct copy of the foregoing was served by ECF upon:

**Susan E. Ellingstad**
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
**100 Washington Avenue South, Suite 2200**
**Minneapolis, MN 55401**

**Beth A. Ross**
**LEONARD CARDER, LLP**
**1330 Broadway, Suite 1450**
**Oakland, CA 94612**

**Robert I. Harwood**
**Matthew M. Houston**
**HARWOOD FEFFER LLP**
**488 Madison Avenue, 8th Floor**
**New York, NY 10022**

**Anthony L. Marchetti, Jr.**
**MARCHETTI LAW, P.C.**
**900 N. Kings Highway, Suite 306**
**Cherry Hill, NJ 08034**

**Scott Voelz**
**O'MELVENY & MYERS LLP**
**400 South Hope Street, 18th Floor**
**Los Angeles, CA 90071**

*s/ Greg M. Kohn*
Greg M. Kohn, Esq.